#95

| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 9/4/2007 | CASE NUMBER 6:07-mj-0222-WMW |
|---|---|---|---|

**NAME OF DEFENDANT**: Kenneth Watkins

**ADDRESS OF DEFENDANT**: P.O. Box 366, Midpines CA 95345

**TELEPHONE NUMBER**: 

**NAME[S] OF SURETY[ies]**:

**ADDRESS[es] OF SURETY[ies]**:

**TELEPHONE NUMBER(s)**:

**NAME OF CUSTODIAN**:

**RELATIONSHIP TO DEFENDANT**:

**ADDRESS OF CUSTODIAN**:

**TELEPHONE NUMBER**:

**AMOUNT OF BOND**: $1500.00

☐ UNSECURED   ☒ SECURED BY $300.00 DEPOSIT RECEIVED

**OTHER SECURITY POSTED/TO BE POSTED BY**: 1999 Dodge Dakota

**TIME AND DATE OF NEXT APPEARANCE**: 9/25/07 10AM

**COURTROOM**: Yose

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each conditions checked:

☒ Defendant shall immediately advise the court, defense counsel, the U.S. Attorney and/or the Yosemite Law Enforcement office in writing if arrested or cited by law enforcement officer.
☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☐ Defendant shall not travel outside the Eastern District of California, that is, these counties: Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo, Yuba, See map on reverse side.
☒ Defendant shall immediately advise the Court, Pretrial Services, Defense Counsel and the U.S. Attorney in the writing of any change in address and telephone number.
☐ Defendant shall report to and comply with the rules and regulations of the Pretrial Services Agency, and contact that agency by phone for further instructions of the first working day following your release from custody.
☐ Defendant shall surrender all passports and visas to the Court by _____ and shall not apply for any other passports.
☐ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant shall remain in the custody of the custodian named above, who agrees to supervise him/her and to report any violation of a release condition to the U.S. Marshal. If the custodian fails to do so, he/she will be prosecuted for contempt of court.

> TO NOTIFY U.S. MARSHAL:   Monday through Friday, 8:00 A.M. to 4:30 P.M.   — (559) 498-7205
> After hours, weekends and holidays   — (800) 336-0102

☐ Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.
☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ The following conditions also apply:

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgement may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

**SIGNATURE OF DEFENDANT**: X /s/ Ken Watkins

**SIGNATURE(s) OF SURETY[ies]**:

**SIGNATURE OF CUSTODIAN**:

Signed before me on the date shown above. This order authorizes the Marshal to release defendant from custody.

**SIGNATURE OF MAGISTRATE**: /s/ William M. Wunderlich

1. CLERK OF COURT — WHITE COPY

EDCA–1

# UNITED STATES DISTRICT COURT

Eastern District of California

UNITED STATES OF AMERICA
V.

Kenneth Watkins

**APPEARANCE AND COMPLIANCE BOND**

Defendant

Case Number: 6:07-mj-00022-WMW

☑ Non-surety: I, the undersigned defendant acknowledge that I and my ...
☐ Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 1,500.00 , and there has been deposited in the Registry of the Court the sum of
$ 300.00 in cash or 1999 Dodge Dakota (describe other security.)

The conditions of this bond are that the defendant, Kenneth Watkins
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 9/4/2007 at Yosemite National Park
Date                                      Place

Defendant Kenneth Watkins /s/ Kenneth Watkins   Address Santa Cruz, CA

Surety _____ Address _____

Surety _____ Address _____

Signed and acknowledged before me Sept 4, 2007
Date

/s/ Laurie Y_____
Judge/Clerk

Approved _____
Judge

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence  _____
Date

at _____ .
Place

_____        _____
Name and Title                                     Signature of Judge/Clerk

---

I, the undersigned surety, state that I reside _____

1994 Dodge Dakota valued at 4,000 ; and that my net worth is the sum of

_____ dollars ($ 4,000 ).

I further state that

Tim Watkins
Surety

Sworn to before me and subscribed in my presence  Sept. 4, 2007
Date

at Yosemite, U.S. Magistrate Court .
Place

Laurie Gu, Deputy Clerk                        Laurie Gu
Name and Title                                 Signature of Judge/Clerk

Justification Approved: _____
Judge